AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

FILED
CLERK'S OFFICE

2004 FEB -6  P 12: 24

Parlex Corporation

V.

KDI Precision Products, Inc.

SUMMONS IN A CIVIL CASE
DISTRICT OF MASS.

CASE NUMBER:

## 04 10109 DPW

TO: (Name and address of Defendant)

KDI Precision Products, Inc.
3975 McMann Road
Cincinnati, OH 45245

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward D. Kutchin, Esquire
Kutchin & Rufo, P.C.
155 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

Pat Russo
(By) DEPUTY CLERK

1-16-04
DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>January 21, 2004 |
| NAME OF SERVER *(PRINT)*<br>Kerry R. Northup | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served general counsel of Defendant's corporate parent, who agreed to accept service (see attached Acceptance of Service)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Feb 5, 2004                    [signature]
             Date                            *Signature of Server*

             Kutchin & Rufo, P.C.
             155 Federal Street
             Boston, MA  02110
             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.