UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 FEB -6  P 12: 24

DISTRICT COURT
DISTRICT OF MASS.

PARLEX CORPORATION,
        Plaintiff,

v.

KDI PRECISION PRODUCTS, INC.,
        Defendant.

CIVIL ACTION
NO. 04CV10109-DPW

## ACCEPTANCE OF SERVICE

In my capacity as Vice President and General Counsel of L-3 Communications, Inc., the corporate parent of the Defendant, KDI Precision Products, Inc. ("KDI"), I hereby accept service of process of the Complaint on behalf of KDI.

Dated: January 28, 2004

John J. Leshinski, Esq.
Vice President & General Counsel
Products Group
L-3 Communications, Inc.
19810 North 7th Avenue
Phoenix, AZ 85027
(623) 445-6933

F:\4300\Pleadings\Return Of Service.Doc