UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PARLEX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KDI PRECISION PRODUCTS, INC.,<br><br>Defendant. | Civil Action No. 04 CV 10109-DPW |

### ASSENTED-TO MOTION TO ENLARGE
### TIME TO RESPOND TO COMPLAINT

Defendant, KDI Precision Products, Inc. ("KDI"), hereby moves, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of the time within which it may answer or otherwise respond to the plaintiff's complaint in this matter, to and including March 12, 2004. In support of this motion, KDI states the following:

1. Plaintiff, Parlex Corporation's, complaint was served on in-house counsel for L-3 Communications (corporate parent of defendant KDI) on or about January 23, 2004;

2. On February 11, 2004, L-3 Communications retained the undersigned firm to represent KDI's interests in this action;

3. This firm is in the process of obtaining and reviewing all available information, so as to better understand the facts underlying this dispute;

4. The enlargement requested will facilitate a more complete understanding of the facts of this case prior to the drafting and filing of an answer (or other response to the complaint); and

5.  Counsel for the plaintiff has assented to the enlargement sought by this motion.

WHEREFORE, the defendant, KDI, requests that the time within which it may respond to the plaintiff's complaint be enlarged to and including March 12, 2004.

Dated: February 18, 2004

ASSENTED TO:

Respectfully submitted,

KDI PRECISION PRODUCTS, INC.,

By its attorneys,

| | |
|---|---|
| _____<br>Edward D. Kutchin, BBO# 281920<br>Kerry R. Northup, BBO# 633016<br>KUTCHIN & RUFO. PPC<br>155 Federal Street<br>Boston, MA 02110<br>(617) 542-3000 | _____<br>Brendan M. Hare, BBO# 221480<br>Kathleen A. Kelley, BBO# 562342<br>HARE & CHAFFIN<br>160 Federal Street<br>Boston, MA 02110<br>(617) 330-5000 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2004, a true and correct copy of the foregoing document was served by facsimile and mail to the office of counsel of record for the plaintiff.

_____
Kathleen A. Kelley

416002.021204

2

**HARE & CHAFFIN**
ATTORNEYS AT LAW
160 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110-1701
(617) 330-5000
TELECOPIER (617) 330-1996

February 18, 2004

<u>BY HAND</u>

Clerk of Court
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

   Re: <u>Parlex Corporation v. KDI Precision Products, Inc.</u>
     <u>Case No. 04 CV 10109-DPW (D. Mass.)</u>

Dear Sir or Madam:

  Enclosed for filing in the above matter please find an Assented-to Motion to Enlarge Time to Respond to Complaint.

  Please acknowledge your receipt of the enclosed by date-stamping the enclosed copy of this letter and returning it to our representative.

  Thank you.

                Very truly yours,

                Kathleen A. Kelley

KAK/mtf
416002.021304
Enclosures
cc: Edward D. Kutchin, Esq.