UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARLEX CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KDI PRECISION PRODUCTS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04 CV 10109-DPW |

KDI PRECISION PRODUCTS, INC.'S CORPORATE
DISCLOSURE PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3, KDI Precision Products, Inc. makes the following disclosure:

KDI Precision Products, Inc. is a Delaware Corporation that is owned by L-3 Communications Corporation, a Delaware Corporation, and Thomson-CSF Sextant, Inc. a Delaware Corporation.

Dated: March 12, 2004

Respectfully submitted,

Defendant,

KDI PRECISION PRODUCTS, INC.,

By its attorneys,

Brendan M. Hare, BBO# 221480
Kathleen A. Kelley, BBO# 562342
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/12/04