UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PARLEX CORPORATION, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>KDI PRECISION PRODUCTS, INC., )<br>Defendant. )<br> ) | CIVIL ACTION NO. 04 CV 10109-DPW |

## JOINT MOTION TO RESCHEDULE SCHEDULING CONFERENCE

Plaintiff, Parlex Corporation ("Parlex"), and Defendant, KDI Precision Products, Inc., respectfully request that the Court reschedule the Initial Scheduling Conference currently scheduled for May 6, 2004 at 2:30 p.m. As grounds therefor, the Parties state as follows:

1. Edward Kutchin, counsel to Plaintiff, is required to attend Parlex's board of directors meeting which is being conducted during the entire day of May 6, 2004. Attorney Kutchin's presence at the board meeting is required both as counsel to the company as well as in his capacity of Clerk of Parlex. Parlex is a publicly held corporation.

2. Brendan Hare and Kathleen Kelley, counsel to the Defendant, are involved in a trial in state court scheduled to begin on May 5th. The trial, which relates to a case that is now nine (9) years old, is currently expected to go forward as scheduled.

3. The following dates are convenient for both Parties in this action: May 24, 25, 27 and 28.

WHEREFORE, for the foregoing reasons, the Parties jointly and respectfully request that the Court reschedule the Initial Scheduling Conference to one of the above-referenced dates.

Respectfully submitted,

Parlex Corporation,
By its Attorneys,

KDI Precision Products, Inc.,
by its Attorneys,

_____
Edward D. Kutchin, Esq.
BBO No. 281920
Kerry R. Northup, Esq.
BBO No. 633016
Kutchin & Rufo, P.C.
155 Federal Street
Boston, MA 02110
(617) 542-3000

/s/ Kathleen Kelley        / KRN
_____
Brendan M. Hare
BBO No. 221480
Kathleen A. Kelley
BBO No. 562342
Hare & Chaffin
160 Federal Street
Boston, MA 02110
(617) 330-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I served a true and correct copy of the foregoing, by first class mail (unless otherwise noted), to Brendan M. Hare, Esq., Hare & Chaffin, 160 Federal Street, Boston, MA 02110.

Date: April 6, 2004

_____
Kerry R. Northup

F:\4300\Pleadings\Joint Motion To Reschedule Conf.Doc

2