UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 OCT 12 P 2: 54
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PARLEX CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KDI PRECISION PRODUCTS, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 04 CV 10109-DPW <br><br> FILING FEE PAID: <br> RECEIPT # _____ <br> AMOUNT $ _____ <br> BY DPTY CLK _____ <br> DATE _____ |

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE

Defendant, KDI Precision Products, Inc. ("KDI"), by its undersigned counsel, moves, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for an order permitting William J. George, Esq. to appear on its behalf as additional counsel in this case.

As grounds for this motion, as set forth in the declaration of William J. George, attached hereto as Exhibit A, KDI states as follows:

1. William J. George is a member in good standing of the Bar of the State of Minnesota (1973). He is also admitted to practice in the U.S. District Court for the District of Minnesota (1973); and U.S. Court of Appeals for the Eighth Circuit (1975);

2. There are no disciplinary proceedings pending against William J. George as members of the bar of any jurisdiction; and

3. William J. George is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, KDI respectfully requests that the Court permit William J. George to appear on its behalf as additional counsel in this matter.

Dated: October 12, 2004

Respectfully submitted,

KDI PRECISION PRODUCTS, INC.

By its attorneys,

*/s/ Brendan M. Hare*
Brendan M. Hare
BBO No. 221480
Kathleen A. Kelley
BBO No. 562342
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000

ASSENTED TO:

*/s/ Kerry R. Northup (KAK)*
Kerry R. Northup
BBO No. 633016
KUTCHIN & RUFO
155 Federal Street
Boston, MA 02110
(617) 542-3000

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2004, a true and correct copy of the foregoing document was served by mail to the office of counsel of record for the Plaintiff.

*/s/ Kathleen A. Kelley*
Kathleen A. Kelley

4416002.100104

**A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARLEX CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>KDI PRECISION PRODUCTS, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04 CV 10109-DPW<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF WILLIAM J. GEORGE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, William J. George, declare, under the penalties of perjury, as follows:

1. I am a member in good standing of the Bar of the State of Minnesota (1973). I am also admitted to practice in the U.S. District Court for the District of Minnesota (1973); and U.S. Court of Appeals for the Eighth Circuit (1975);

2. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

3. This case involves factual and legal issues with which I am familiar. I have developed expertise in, and stay abreast of, the case law in this field.

4. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  For the foregoing reasons, I respectfully request that this Court allow me to appear and practice in this matter on behalf of defendant, KDI Precision Products, Inc.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 11th DAY OF OCTOBER, 2004

*William J. George*
William J. George

416002.100104

W:\CLIENTS\416002.DIR\PLD\GEORGE.DEC.PROHAC.100104.wpd