UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARLEX CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KDI PRECISION PRODUCTS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04 CV 10109-DPW |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action as additional counsel of record for Defendant, KDI Precision Products, Inc.

Respectfully submitted,

Dated: November 9, 2004

KDI PRECISION PRODUCTS, INC.

By its attorneys,

Robert T. Nagle
BBO# 366620
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November 2004, a true and correct copy of the foregoing document was served by delivery in hand to the office of counsel of record for the Plaintiff.

_____
Robert T. Nagle

416002.110804