UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PARLEX CORPORATION,
Plaintiff

v.

KDI PRECISION PRODUCTS, INC.,
Defendant

CIVIL ACTION NO.
4-CV-10109-DPW

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P., RULE 41(a)

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure:

(a) Plaintiff/Defendant-in-Counterclaim Parlex Corporation hereby dismisses all of its claims and counterclaims in the above- entitled civil action, as to Defendant/Plaintiff-in-Counterclaim KDI Precision Products, Inc., with prejudice, without costs and with all rights of appeal waived; and

(b) Defendant/Plaintiff-in-Counterclaim KDI Precision Products, Inc. hereby dismisses all of its claims and counterclaims in the above-entitled civil action, as to Plaintiff/Defendant-in-Counterclaim Parlex Corporation, with prejudice, without costs and with all rights of appeal waived.

**RESPECTFULLY SUBMITTED,**

| PARLEX CORPORATION, | KDI PRECISION PRODUTS, INC., |
| By its attorneys, | By its Attorneys, |

Edward D. Kutchin, Esq.
BBO No. 281920
Kerry R. Northup, Esq.
BBO No. 633016
Kutchin & Rufo, P.C.
155 Federal Street
Boston, MA 02110
(617) 542-3000

Brendan M. Hare, Esq.
BBO No. 221480
Kathleen A. Kelley
BBO No. 562342
Hare & Chaffin
160 Federal Street
Boston, MA 02110-1701
(617) 330-5000

Dated: March __, 2005